AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Aron McKillips | ) Case No. 3:22MJ5368 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

FILED
NOV 02 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Aron McKillips                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:922(o) - Unlawful possession of a machine gun

18:875(c) - Interstate communication of threats

Date: October 31, 2022

*Issuing officer's signature*

City and state:   Toledo, Ohio

Darrell A. Clay- U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/31/2022, and the person was arrested on *(date)* 11/01/2022
at *(city and state)* PERRYSBURG TWP, OH.

Date: 11/01/2022

*Arresting officer's signature*

ELIZABETH TRAN, SPECIAL AGENT
*Printed name and title*