JUDGE JAMES G. CARR

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAG JUDGE CLAY

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:23 CR 1 |
| | ) | Title 18, United States Code, |
| ARON MCKILLIPS, | ) | Sections 875(c) and 922(o). |
| | ) | |
| Defendant. | ) | |

COUNTS 1–5
(Interstate Communication of Threats, 18 U.S.C. § 875(c))

The Grand Jury charges:

1. On or about the dates listed in the table below, in the Northern District of Ohio, Western Division, Defendant ARON McKILLIPS did knowingly and willfully transmit in interstate and foreign commerce from within the Northern District of Ohio to other states, communications which threatened to kill law enforcement officers, to wit:

| Count | Approximate Date | Description |
| --- | --- | --- |
| 1 | September 1, 2021 | In a private Internet chat with another individual, McKILLIPS wrote: "Ain't Got to claim a federal badge off a corpse yet, so my time here ain't near done yet lol . . . . soon enough we'll have no option other than violence." |
| 2 | September 11, 2021 | In an Internet audio message, McKILLIPS said: "Yeah! So guess what, in about two weeks I'm going to f—g shoot some cops so be f—g ready when you see it on the f—g news." |
| 3 | April 30, 2022 | In a Signal chat group, McKILLIPS posted a picture taken from his second floor duplex residence while aiming an AR-15 rifle through a window at a local police vehicle parked on the street. McKILLIPS wrote, "Use Language They'll Understand . . . . Is this too spicy?" McKILLIPS later wrote of the image, "This shows how effective a light inside being off can be . . . they can't see me, but I can see them . . . . Followed em with my cross hairs to and fro the whole time and he looked dead at me." |
| 4 | May 29, 2022 | In a Signal chat group, McKILLIPS wrote: "I've been saying this awhile but noone wants to raid government building with me." A |

ORIGINAL

| | | |
|---|---|---|
| | | user responded with "That's too much drama," and McKILLIPS replied "Not yet, not til I mail a feds head back to his wife." |
| 5 | July 13, 2022 | In a Signal chat group, McKILLIPS wrote: "Gunna be a shame when getting quotas up, ends with officers down . . . . No skin off my back dropping an oath breaker . . . . Gunna suck for them when they're being hunted." |

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 6
(Unlawful Possession of a Machine Gun, 18 U.S.C. § 922(o))

The Grand Jury further charges:

2. On or about September 7, 2022, in the Northern District of Ohio, Western Division, Defendant ARON McKILLIPS did knowingly transfer and possess a machinegun, that is, a drop-in auto sear used to convert an AR-15 type semi-automatic rifle into a machinegun, as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), in violation of Title 18, United States Code, Section 922(o).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3:23 CR 10
JUDGE JAMES G. CARR
MAG JUDGE CLAY

<u>United States v. Aron Mckillips</u>

A TRUE BILL.

_____
FOREPERSON

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By:  _____
AVA R. DUSTIN,
Executive Assistant United States Attorney