**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| United States of America, | * Case No. 3:23 cr 10 |
| Plaintiff, | * Hon. James G. Carr |
| vs. | * |
| Aron McKillips, | * |
| Defendant. | * |

**DEFENDANT'S MOTION FOR REVIEW AND APPEAL OF DETENTION
ORDER AND REQUEST FOR HEARING**

The Defendant, Aron McKillips, by and through counsel, Neil S. McElroy, respectfully moves for this Court for an order revoking the detention order in this matter. Additionally, he asks that the Court schedule a hearing to address the propriety of the detention order and, more specifically, the findings that (1) Mr. McKillips is a danger to others and that (2) no condition or combination of conditions can assure the safety of the community.

Respectfully submitted,

/s/ Neil S. McElroy
NEIL S. McELROY (0077087)

Neil S. McElroy
1119 Adams Street, Second Floor
Toledo, Ohio 43604
(419) 243-3800
Fax: (419) 243-4046

## CERTIFICATION

This is to certify that on January 31, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Neil S. McElroy